UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MATTHEW JAMES LEACHMAN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:22-CV-04329 |
| | § | |
| DAVID GUTIERREZ, *et al.*, | § | |
| | § | |
| Defendants. | § | |

### ORDER

The plaintiff's motion for permission to file electronically (Dkt. No. 3) is DENIED.

It is so ORDERED.

SIGNED on August 24, 2023, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge